1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4  E-mail:       rpointer@hinklelaw.com

5  Attorneys for Defendant
   **JOSE RAMON GONZALEZ**

6

7

8

9
                   UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )    NO: CR-11-00658 LHK
                                     )
14          Plaintiff,               )    STIPULATION AND (~~PROPOSED~~)
                                     )    ORDER RESCHEDULING,
15     vs.                           )    SENTENCING HEARING
                                     )    TO JANUARY 23, 2013
16  JOSE RAMON GONZALEZ,             )
                                     )
17          Defendant.               )
    ─────────────────────────────────)
18

19      The defendant, Jose Ramon Gonzalez through his attorney Richard P. Ponter and United

20  States Attorney through Thomas O'Connell request that defendant's sentencing hearing be

21  rescheduled from November 28, 2012 to January 23, 2013 at 9:00 a.m., (or other date convenient to

22  the Court).  The reason for the continuance is:

23      (1) Defense attorney needs additional time to further investigate and  refute Federal

24  Probation's assertion in the PSR  that defendant's is a "gang affiliate"; Further investigation and

25  interview of gang expert will be necessary to the defense position.  Characterization of defendant as

26  a "validated" gang member will dramatically affect his designation and prison level by BOP.

27  ////

28

The Probation Officer is available on that date.

Respectfully submitted,

Dated: November 20, 2012

/s/ Richard P. Pointer
Richard P. Pointer
Attorney for Jose Ramon Gonzalez

Dated: November 20, 2012

/s/ Thomas O'Connell
Thomas O'Connell
Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown,

the Court HEREBY ORDERS that the sentencing hearing as to Jose Ramon Gonzalez is rescheduled to January 23, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November  20 , 2012

LUCY H. KOH
United States District Judge

---

Stipulation and (Proposed Order for
Continuance of Sentencing Hearing

2